EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte: Grupo Ferré Rangel Media | 2016 TSPR 28 194 DPR ____ |

Número del Caso: MC-2016-219

Fecha: 18 de febrero de 2016

Grupo Ferré Rangel Media:

Sra. Cynthia López Cabán

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*Ex Parte:*

Grupo Ferré Rangel Media          MC-2016-0219

RESOLUCIÓN

San Juan, Puerto Rico, a 18 de febrero de 2016

En el día de ayer, 17 de febrero de 2016, el Grupo Ferré Rangel Media (GFR Media), presentó una solicitud para obtener copia del informe sometido por la Comisión de Disciplina Judicial para el caso AD-2015-003.

Examinada la *Solicitud* presentada por GFR Media, se autoriza la entrega inmediata de la copia del informe, según solicitado.

Publíquese y notifíquese por teléfono, correo electrónico, facsímil y por la vía ordinaria a GFR Media, y a la parte en el caso.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Jueza Asociada Oronoz Rodríguez hace constar la siguiente expresión:

"La Jueza Asociada Oronoz Rodríguez está conforme con la Resolución emitida por este Tribunal en el asunto de epígrafe. Al igual que en Ex parte: Grupo Ferré Rangel Media, MC-2016-0181, Res. el 10 de febrero de 2016, considera que procede la entrega inmediata del informe solicitado por el Grupo Ferré Rangel Media sin gestión ulterior."

El Juez Asociado señor Kolthoff Caraballo disiente y hace constar la siguiente expresión:

"El Juez Asociado señor Kolthoff Caraballo disiente por las mismas razones expuestas en su Voto Particular Disidente de 11 de febrero de 2016 en el caso MC-2016-181."

El Juez Asociado señor Rivera García hace constar la siguiente expresión:

"El Juez Asociado señor Rivera García hace constar la siguiente expresión: estoy en desacuerdo con la determinación que hoy toma este Tribunal de acceder - a toda prisa y sin ninguna consideración de las posiciones de las partes involucradas - a la petición presentada por el Grupo Ferré Rangel Media de obtener copia del informe preparado por la Comisión de Disciplina Judicial en el caso AD-2015-3. Considero que la mayoría de los miembros de este Tribunal está partiendo de una interpretación errónea de nuestro precedente en Ortiz v. Adm. de los Tribunales, 152 DPR 161 (2000). La norma establecida en tal caso cubre únicamente los documentos del proceso disciplinario celebrado ante la Oficina para la Administración de los Tribunales. Bajo ningún concepto debe cubrir un documento de trabajo que contiene recomendaciones para la consideración final de los miembros de este Tribunal, como lo son los informes preparados por la Comisión de Disciplina Judicial. Por tales razones, disiento del proceder adoptado en la Resolución que antecede."

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo